# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**CARLOS FIGUEROA,**

   **Plaintiff,**

**v.**

                                                    **Case No. 8:15-CV-02420-VMC-UAM**

**SELENE FINANCE, LP and**
**CHRISTIANA TRUST,**

   **Defendant.**

_____/

## JOINT NOTICE OF SETTLEMENT

**COMES NOW** defendants, Selene Finance LP and Christiana Trust, and plaintiff, Carlos Figueroa (collectively "the Parties") by and through their undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached as to all claims.  The Parties, therefore, request this Honorable Court vacate all dates and give the parties 60 days to file the necessary dismissal papers and finalize the terms of a written settlement agreement.

| | |
|---|---|
| */s/ Jacqueline Simms-Petredis* | */s/ David P. Mitchell* |
| Jacqueline Simms-Petredis (FL Bar #906751) | David P. Mitchell, Esq. (FL Bar #67249) |
| Burr & Forman LLP | Maney & Gordon, P.A. |
| 201 North Franklin Street, Suite 3200 | 101 E. Kennnedy Blvd., Suite #3170 |
| Tampa, FL 33602 | Tampa, FL 33602 |
| Telephone:  (813) 221-2626 | Telephone:(813)888-6700 |
| Fax: (813) 357-3534 | david@mitchellconsumerlaw.com |
| jsimms-petredis@burr.com | **Attorney for Figueroa** |
| **Attorneys for Selene and Christiana Trust** | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was filed by using the CM/ECF System which will furnish a copy of the foregoing by email this 6th day of May, 2016 to:

David P. Mitchell, Esq.
Maney & Gordon, P.A.
101 E. Kennedy Blvd., Ste. 3170
Tampa, FL 33602
david@mitchellconsumerlaw.com
d.mitchell@maneygordon.com
v.marrero@maneygordon.com
*Counsel for Figueroa*

*/s/ Jacqueline Simms-Petredis*
Jacqueline A. Simms-Petredis